FILED
JUN - 2 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Freddie Lee Fountain,         )
                              )
        Plaintiff,            )
                              )   Case: 1:15-cv-00814
        v.                    )   Assigned To : Unassigned
                              )   Assign. Date : 6/2/2015
United States of America,     )   Description: Pro Se Gen. Civil (F Deck)
                              )
        Defendant..           )

## MEMORANDUM OPINION

Plaintiff, proceeding *pro se*, has submitted a complaint and an application to proceed *in forma pauperis*. The application will be granted and the complaint will be dismissed pursuant to 28 U.S.C. § 1915A, which requires the Court to screen and dismiss a prisoner's complaint upon a determination that it fails to state a claim upon which relief may be granted. *See id.* § 1915A(b).

Plaintiff is a Texas state prisoner suing the United States. The complaint allegations are difficult to follow but they stem from plaintiff's confinement and his "eight active cases" in the federal district court in Tyler, Texas. Compl. at 9 (Relief). Plaintiff seeks a declaratory judgment and an order compelling the United States "to intervene" in those cases. *Id.* This Court previously dismissed plaintiff's complaint seeking substantially the same relief, albeit via a writ of mandamus. *See Fountain v. United States*, No. 15-cv-00243, 2015 WL 739519 (D.D.C. Feb. 18, 2015). The instant complaint compels the same result. A separate Order of dismissal accompanies this Memorandum Opinion.

Date: May 26, 2015                    _____
                                       United States District Judge